RECEIVED

SEP 1 1 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BLEKLEY COICOU | CIVIL ACTION NO. 6:12-cv-01925<br>SECTION "P" |
| VERSUS | JUDGE DOHERTY |
| ERIC HOLDER, ATT'Y GEN., JANET NAPOLITANO, SEC. DHS., PHILLIP MILLER, FIELD OFFICE DIR., DAVID VIATOR, WARDEN, S.L.C.C. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the government's motion to dismiss (Rec. Doc. 4) is GRANTED, and the plaintiff's petition for writ of *habeas corpus* (Rec. Doc. 1) is DISMISSED WITHOUT PREJUDICE as moot, consistent with the report and recommendation.

Lafayette, Louisiana, this 11 day of September, 2012.

Rebecca F. Doherty
United States District Judge